# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:24-cv-803-MOC-DCK

| | |
|---|---|
| LEAH BROWN, ET AL.,      ) | |
|      ) | |
|      ) | |
| Petitioners,      ) | |
|      ) | |
| vs.      ) | |
|      ) | |
|      ) | **ORDER** |
|      ) | |
| STUFFLEBEAM LOGISTICS      ) | |
| INC., ET AL.,      ) | |
|      ) | |
| Respondents.      ) | |

**THIS MATTER** is before this Court upon the Parties' Joint Petition to Confirm Arbitration Award pursuant to the Federal Arbitration Act, 9 U.S.C. § 9. (Doc. No. 1).

Pursuant to the Parties' joint petition, and based upon all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT the award issued by Arbitrator Thomas Gibbons on August 12, 2024, in the arbitration of <u>Brown v. Stufflebeam Logistics, et al.</u> is CONFIRMED in all respects, including but not limited to, the Arbitrator's Order approving the parties' settlement, requiring that the Parties comply with the terms of their Settlement Agreement, and dismissing the arbitration, with prejudice.

SO ORDERED.

Signed: September 4, 2024

Max O. Cogburn Jr.
United States District Judge