IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-803-MOC-DCK

| | |
|---|---|
| LEAH BROWN. et al., | |
| Plaintiffs, | **ORDER** |
| v. | |
| STUFFLEBEAM LOGISTICS, INC., et al., | |
| Defendants. | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Local Counsel Frederick T. Smith on September 4, 2024.

Applicant Daniel E. Davillier seeks to appear as counsel *pro hac vice* for Respondent HD Logistics, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Daniel E. Davillier is hereby admitted *pro hac vice* to represent Respondent HD Logistics, LLC.

**SO ORDERED**.

Signed: September 4, 2024

David C. Keesler
United States Magistrate Judge